# AFFIDAVIT OF SERVICE

**State of Arkansas**  **County of**

Case Number: 3:23-CV-125-DPM

Plaintiff:
**VIRGINIA JOHNSON-GRUVER, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED,**

vs.

Defendant:
**AMERICOR FUNDING, LLC AND CONSUMER NSIGHT LLC**

For:
ANTHONY PARONICH
PARONICH LAW, P.C.
350 LINCOLN ST
2400
HINGHAM, MA 02043

Received by Prestige Client Services on the 30th day of May, 2023 at 11:35 am to be served on **CONSUMER NSIGHT LLC, 20252 MONTEVIERDI CIRCLE, BOCA RATON, FL 33498**.

I, Alexander Romero, being duly sworn, depose and say that on the **1st day of June, 2023** at **3:50 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, PRELIMINARY STATEMENT** with the date and hour of service endorsed thereon by me, to: **CONSUMER NSIGHT LLC** at the address of: **20252 MONTEVIERDI CIRCLE, BOCA RATON, FL 33498**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: WHITE, Height: 6'1", Weight: 185, Hair: BLACK, Glasses: N, Eyes: GREEN

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 1st day of June, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

YADIRA MACEIRA
Notary Public
State of Florida
Comm# HH325352
Expires 11/7/2026

**Alexander Romero**
#3083

**Prestige Client Services**
5379 Lyons Rd.
#1787
Coconut Creek, FL 33073
(844) 493-7378

Our Job Serial Number: PTG-2023000075

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V