IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **VIRGINIA JOHNSON-GRUVER,** individually and on behalf of other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**AMERICOR FUNDING, LLC and CONSUMER NSIGHT LLC**<br><br>　　　　　　Defendant. | Case No. 3:23-CV-125-DPM<br><br>Jury Trial Demanded |

### DEFENDANT AMERICOR FUNDING, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**COMES NOW Americor Funding, LLC, Defendant, ("Americor")** through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b), respectfully requests this Court to enter an Order granting Americor an extension of time until **July 24, 2023**, to answer or otherwise respond to Plaintiff Virginia Johnson-Gruver's ("Plaintiff") Complaint.

In support of this Motion, Americor states as follows:

1. Plaintiff filed his Complaint on May 25, 2023, alleging two causes of action for violation of the Telephone Consumer Protection Act ("TCPA") of 1991.

2. Plaintiff served Americor with the Summons and Complaint on June 2, 2023, making Americor's response to the Complaint due on June 23, 2023.

3. Under Federal Rule of Civil Procedure 6(b)(1)(A), a court may, for good cause, extend deadlines with or without a motion before a deadline expires. *See* Fed. R. Civ. P. 6(b)(1)(A).

4. Americor respectfully submits that good cause exits to support a requested extension of thirty-one (31) days, or until July 24, 2023, to answer or otherwise respond to the

Complaint including: The proof of service for the Complaint was not filed until June 15, 2023. Further, Americor's counsel also has other pending matters which have been and are occupying counsel's time, resources, and attention over the next month. These other obligations are also preventing the undersigned from adequately preparing a response to the Complaint by the current deadline of June 23, 2023; Americor submits that the requested extension will not prejudice or disrupt Plaintiff's ability to pursue this suit, and the additional time will not interfere with any scheduled deadlines as this matter is still in its infancy; and the requested extension is not made in bad faith or for the purpose of delay.

5.  Americor also submits that good cause exists for granting its requested extension of thirty-one (31) days in that Americor's counsel has conferred with Plaintiff regarding the relief requested herein, and Plaintiff is not opposed to the thirty-one day extension.

**WHEREFORE**, for all of these reasons, Defendant Americor Funding, LLC, respectfully requests the Court grant this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, extend Americor's deadline to answer or otherwise respond to the Complaint until **July 24, 2023**, and for such other relief to which Americor may be entitled.

Respectfully submitted this 16th day of June, 2023.

> Steven W. Quattlebaum
> Arkansas Bar No. 84127
> S. Katie Calvert
> Arkansas Bar No. 2019117
> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> Telephone:  (501) 379-1700
> Facsimile:  (501) 379-1701
> quattlebaum@qgtlaw.com
> kcalvert@qgtlaw.com
>
> *Counsel for Americor Funding, LLC*