# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

VIRGINIA JOHNSON-GRUVER,
individually and on behalf of
others similarly situated                                    PLAINTIFFS

v.                    No. 3:23-cv-125-DPM

AMERICOR FUNDING LLC
and CONSUMER NSIGHT LLC                                      DEFENDANTS

## JUDGMENT

Johnson-Gruver's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2024